UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BONCYZK,<br><br>    Plaintiff,<br><br>  v.<br><br>WILL SHAFFER, et al.,<br><br>    Defendants. | No. 2:19-cv-00546 JAM CKD<br><br><br><br>ORDER |

Plaintiff is proceeding through counsel in this federal civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff's motion to proceed in forma pauperis was referred to the undersigned pursuant to Local Rule 302. (ECF No. 4.) Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). (ECF No. 3.) Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

ACCORDINGLY, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is granted.

2. The case is referred back to Judge Mendez for further proceedings.

Dated: April 3, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / boczyk0546.ifp.serve

1